# United States District Court
## Southern District of Georgia

WILLIE FRANK WRIGHT,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 6:18-cv-108

LUE HIGHTOWER, et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated July 8, 2019, adopting the Report and Recommendation of the U.S. Magistrate Judge, the Court DISMISSES without prejudice Plaintiff's Complaint and DENIES Plaintiff in forma pauperis status on appeal. This case stands CLOSED.

Approved by: _____

July 11, 2019
*Date*

Scott L. Poff
*Clerk*

_____
*(By) Deputy Clerk*